UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CROWLEY LINER SERVICES, INC.,

       Plaintiff,

v.                              Case No. 3:05-cv-361-UA-HTS

LIGHTHOUSE FORWARDING, INC.,

       Defendant.
_____/

## ORDER

Before the Court is Plaintiff's Motion to Strike (Doc. No. 7, filed on June 7, 2005), requesting the Court to strike the Defendant's Response to the Complaint (Doc. No. 6) on the basis that Defendant is a corporation and the Response was filed *pro se* by the Vice-President, Dennis James. If a corporation is named in a lawsuit, the corporation must be represented by counsel admitted to practice in this Court, as required by Local Rule 2.03(d). Accordingly, it is

**ORDERED AND ADJUDGED** that:

1) The Plaintiff's Motion to Strike (Doc. No. 7, filed on June 7, 2005) is **GRANTED**; and

2) The Response (Doc. No. 6), which is improperly filed *pro se* is **STRICKEN**, and the case will be dismissed unless a responsive pleading is properly filed by an attorney in accordance with the Local Rules within twenty days (20) of this Order.

**DONE AND ENTERED** at Jacksonville, Florida, this 9th day of June, 2005.

                                                HARVEY E. SCHLESINGER
                                                United States District Judge

Copies to:
Thomas V. Halley, Esq.
Dennis James/Lighthouse Forwarding, Inc.